**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D. WILLIAMS<br><br>Plaintiff<br><br>v.<br><br>MIRANDA DU, STATE OF NEVADA,<br><br>Defendants | Case No.: 3:21-cv-00018-RCJ-WGC<br><br>**Report & Recommendation of United States Magistrate Judge**<br><br>Re: ECF No. 1 |

    This Report and Recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    On January 8, 2021, Plaintiff filed an application to proceed in forma pauperis (IFP) (ECF No. 1) listing Miranda Du and the State of Nevada as Defendants; however, the IFP application was not accompanied by a complaint. Moreover, Plaintiff has not provided the court with a complete address, and instead the envelope in which he sent the IFP application contained a return address: General Delivery, Sparks, Nevada 89431. (ECF No. 1-1 at 1.)

    Since the IFP application was not accompanied by a complaint, it should be dismissed without prejudice, and because there is no specific address at which to contact Plaintiff, this action should be dismissed without prejudice and administratively closed.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DENYING** the IFP application (ECF No. 1) **WITHOUT PREJUDICE, DISMISSING** this action **WITHOUT PREJUDICE**, and administratively closing this case.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 29, 2021

_____
William G. Cobb
United States Magistrate Judge