UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| D. WILLIAMS, | ) | Case No.: 3:21-CV-00018-RCJ-WGC |
| Plaintiff, | ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |
| vs. | ) ) ) | |
| MIRANDA DU, STATE OF NEVADA, | ) ) ) | |
| Defendants. | ) ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3[1]) entered on March29, 2021, recommending that the Court deny the Motion to Proceed *In Forma Pauperis* (ECF No. 1) without prejudice and dismiss this action without prejudice. On April 13, 2021, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 4).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 3), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2021.

_____
ROBERT C. JONES
United States District Judge